IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 20-0115

_____

THE CITY OF MISSOULA,

        Plaintiff/Appellee,

v.

MOUNTAIN WATER COMPANY, a Montana Corporation; and CARLYLE
INFRASTRUCTURE PARTNERS, LP, a Delaware limited partnership,

        Defendants/Appellants,

and

THE EMPLOYEES OF MOUNTAIN WATER COMPANY, et al.

        Intervenors.

_____

**ORDER GRANTING THE CITY OF MISSOULA'S UNOPPOSED
MOTION FOR EXTENSION OF TIME**

_____

Appellee City of Missoula has moved the Court, pursuant to Montana Rule of
Appellate Procedure 26(1), for a 30-day extension of time to file its response brief,
currently due on November 18, 2020. Good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee City of Missoula has up to and
including December 18, 2020, in which to file its opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 9 2020